# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Central States Joint Board Health & Welfare Fund

            Plaintiff,

v.                Case No.: 1:22−cv−03234
                Honorable Elaine E. Bucklo

Andrew Cory, et al.

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 28, 2022:

  MINUTE entry before the Honorable Elaine E. Bucklo: A joint stipulation of dismissal has been filed. This case is dismissed with prejudice, each party bearing its own attorney's fees and costs. All pending dates before this court are stricken. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.